AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

RECEIVED
UNITED STATES MARSHALS
2017 AUG 30 PM 2:52
SOUTHERN DISTRICT
INDPLS., INDIANA

| United States of America | ) |
|---|---|
| v. | ) |
| STEVEN T. MORGAN, | ) Case No. 3:17-cr-37-RLY/MPB-01 |
| Defendant | ) |

FILED
SEP 12 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEVEN T. MORGAN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2: Possession of Sexually Explicit Material Involving Minors in violation of Title18 U.S.C. § 2252(a)(4)B) and 2252(a)(2)

Date: 08/30/2017

*Issuing officer's signature*

City and state: Evansville, IN

LAURA A. BRIGGS, CLERK, U.S. DISTRICT COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/30/17, and the person was arrested on *(date)* 9/12/17
at *(city and state)* Evansville, IN.

Date: 9/12/17

*Arresting officer's signature*

Jon Albright DUSM
*Printed name and title*