UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
SEP 27 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 3:17-cr-37-RLY-MPB |
| STEVEN T. MORGAN, | ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

### COUNT 1

[Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2),
Possession of Sexually Explicit Material Involving Minors]

The Grand Jury charges that:

On or about March 16, 2017, in the Southern District of Indiana,

**STEVEN T. MORGAN,**

defendant herein, knowingly possessed, attempted to possess, and accessed with the intent to view one or more books, magazines, periodicals, films, video tapes, and other matter which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including the internet, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer, and the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: STEVEN T. MORGAN knowingly possessed, attempted to possess, and

accessed with the intent to view images and videos, including the images and videos with the partial file names listed below, depicting actual minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including one or more visual depictions involving a prepubescent minor or a minor under twelve years of age. MORGAN acquired the images and videos through a connection to the internet using a desktop computer containing a 1.5 Terabyte Western Digital Caviar Green hard drive bearing serial number WMAZA7106746, which was manufactured outside of Indiana. MORGAN operated the desktop computer from his residence in Vanderburgh County, Indiana. Included among the videos and images MORGAN possessed are those identified using the partial file names listed below.

|   | FILE NAME |
|---|---|
| A | Elly-2010-blowjob_snap.jpg |
| B | Elly-sucking_Snap.jpg |
| C | AdryPlayWithDelyandDad (1).jpg |
| D | Adry sara dely Lesbian Games (2).jpg |
| E | 9yo Niece 160.jpg |
| F | 2_pthc ultra hard pedo pedofilia (new) 065.jpg |
| G | 9yo Tori – 026.jpg |
| H | 9yo Tori – 051.jpg |

| | |
|---|---|
| I | 9yo Tori – 037.jpg |
| J | 9yo Tori – 011.jpg |
| K | 9yo Tori – 044.jpg |
| L | 9yo Tori – 057.jpg |
| M | first facial.wmv |
| N | Ariel-11yr-all-parts.wmv |
| O | Boy 8yo Sucked Orgasm.avi |
| P | Myangel 5yo 6yo 0.avi.avi |

## COUNT 2

[Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2), Possession of Sexually Explicit Material Involving Minors]

The Grand Jury charges that:

On or about March 16, 2017, in the Southern District of Indiana,

**STEVEN T. MORGAN,**

defendant herein, knowingly possessed, attempted to possess, and accessed with the intent to view one or more books, magazines, periodicals, films, video tapes, and other matter which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including the internet, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had

been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer, and the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: STEVEN T. MORGAN knowingly possessed, attempted to possess, and accessed with the intent to view images and videos, including the images and videos with the partial file names listed below, depicting actual minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including one or more visual depictions involving a prepubescent minor or a minor under twelve years of age. MORGAN acquired the images and videos through a connection to the internet using a desktop computer containing a 240GB Kingston Solid State hard drive bearing serial number 527ABBF0, which was manufactured outside of Indiana. MORGAN operated the desktop computer from his residence in Vanderburgh County, Indiana. Included among the videos and images MORGAN possessed are those identified using the partial file names listed below.

|   | FILE NAME |
|---|---|
| A | April 1 (66).jpg |
| B | April 1 (67).jpg |
| C | April 2 (28).jpg |
| D | April 2 (33).jpg |
| E | 1433860646192-2.jpg |

| | |
|---|---|
| F | 673 – 2.jpg |
| G | 2011 Pthc Falko Awesome 7Yo And 8Yo Child Porn (131).jpg |
| H | SC_0110.JPG |
| I | cam_n_cum20.JPG |
| J | 7yo niece- SUCK AND CUM IN MOUTH.wmv |
| K | 7Yo Private Niece On Sofa Trying Penetration He Cums . . . mp4 |
| L | 5yo boy anal.mp4 |
| M | (pthc) Kait (4yo) Suck & cum on face.avi |
| N | Kait video-2013-06-09-18-57-17.3gpp |
| O | Kait 5Yo Clit, "gina, Asshole.3gp |
| P | Incest 10yo Daughter Suck Daddys Cock Sex Cum PTHC . . . wmv |

## COUNTS 3-8

[Title 18, United States Code, Section 2252(a)(2)
Distribution and Receipt of Sexually Explicit Material Involving Minors]

The Grand Jury further charges that:

On or about January 3, 2017, in the Southern District of Indiana,

**STEVEN T. MORGAN,**

the defendant herein, knowingly received, distributed and attempted to receive and distribute any visual depictions using any means or facility of interstate or foreign commerce, including the internet, and knowingly received, distributed and attempted to receive and distribute any visual depictions that had been mailed, or had been shipped or transported in interstate or foreign commerce, or which were produced using materials which had been mailed or so shipped or transported, by any means, including by computer, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: using a Western Digital Caviar Green hard drive bearing serial number WMAZA7106746, that was manufactured outside of Indiana, MORGAN knowingly distributed and received and attempted to distribute and receive images transmitted through an internet connection depicting actual minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2). Included among the images MORGAN received and distributed are those identified using the partial file names listed below in each count.

| COUNT | ON OR ABOUT DATE OF RECEIPT AND DISTRIBUTION | FILE NAME |
|---|---|---|
| 3 | 1/3/2017 | nche.jpg |
| 4 | 1/3/2017 | nche1.jpg |
| 5 | 1/3/2017 | nche14.jpg |
| 6 | 1/3/2017 | nche3.jpg |
| 7 | 1/3/2017 | nche5.jpg |
| 8 | 1/3/2017 | nche8.jpg |

## **FORFEITURE**

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the defendant that it will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 2253 and 2254 as part of any sentence imposed.

2.  Pursuant to Title 18, United States Code, Section 2253, if convicted of one or more of the offenses set forth in this Superseding Indictment, the defendant shall forfeit to the United States:

    A.  any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    B.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses(s) of which the defendant(s) is/are convicted; and

    C.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) of which the defendant(s) is/are convicted, or any property traceable to such property.

3. The property subject to forfeiture includes, but is not necessarily limited to:

    A. One 1.5 Terabyte Western Digital Caviar Green hard drive bearing serial number WMAZA7106746;

    B. One 240GB Kingston Solid State hard drive bearing serial number 527ABBF0;

    C. One custom made desktop computer, black in color; and

    D. All component parts of the devices described above.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 18, United States Code, Section 2253(b), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant(s):

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

    C. has been placed beyond the jurisdiction of the court;

    D. has been substantially diminished in value; or

    E. has been commingled with other property which cannot be divided without difficulty.

5.    In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 2254.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: _____
Kyle M. Sawa
Assistant United States Attorney