UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 3:17-cr-37- RLY/MPB-01 |
| STEVEN T. MORGAN, | ) |
| Defendant. | ) |

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-2 | 18 U.S.C. §§ 2252(a)(4)(B) and 2252(B)(2)<br>Possession of Sexually Explicit Material Involving Minors | NMT 20 Years | NMT $250,000. | Up to Life |
| 3-8 | 18 U.S.C. § 2252(a)(2)<br>Distribution and Receipt of Sexually Explicit Material Involving Minors | 5-20 Years | $250,000. | Up to Life |