UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cr-00037-RLY-MPB |
| | ) | |
| STEVEN T. MORGAN, | ) -01 | |
| | ) | |
| Defendant. | ) | |

Entry for October 20, 2017

Before the Hon. Matthew P. Brookman, Magistrate Judge

This matter is before the Court for an Initial Appearance Hearing on a Superseding Indictment and a Hearing on a USPO Petition for Action on Conditions of Pretrial Release.

The government appears by AUSA Lauren Wheatley. The defendant appears in person and by CJA counsel Doug Walton. The United States Probation Office appears by Katrina Sanders.

The defendant waives formal reading of the Superseding Indictment and the Court advises defendant of his rights, charges, and possible penalties.

The hearing on the USPO Petition for Action on Conditions of Pretrial Release is conducted. The Court reads the Petition and alleged violation. The defendant admits to the violation. The government requests detention, which is denied. The Court modifies the Order on Conditions of Pretrial Release to include; no access to the internet, except for purposes of work; and the defendant shall not own a cell phone with photo or internet capabilities.

The defendant is continued under the conditions previously ordered and modified. Court is adjourned.

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Lauren Wheatley
Doug Walton
US Probation
US Marshal