UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:17-CR-00037-RLY-MPB |
| ) | |
| STEVEN T. MORGAN ) | |
| ) | |
| Defendant. ) | |

### ORDER TO CONTINUE TRIAL

Comes now the Court and having read the Defendant's Fourth Motion to Continue Trial and being duly advised in the premises, hereby GRANTS same. It is therefore ORDERED that the Trial of December 3, 2018 is hereby vacated. This matter has been reset on the Court's calendar for _____. Dated this _____ day of _____, 2018.

_____
Hon. Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana
Evansville Division

Distribution:

Kyle Sawa
Douglas S. Walton