UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-cr-00037-RLY-MPB |
| STEVEN T. MORGAN, | ) ) | -01 |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

The court SETS a change of plea hearing for **MARCH 18, 2019, at 1:30 p.m.**

The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 12th day of March 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

U.S. Marshal

U.S. Probation