UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cr-00037-RLY-MPB |
| | ) | |
| STEVEN T. MORGAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon agreement of the parties, the sentencing hearing set for May 20, 2019

is VACATED AND RESET to **JULY 10, 2019 at 1:30 p.m.**   The defendant is ordered

to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of

the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 13th day of May 2019.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record