UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cr-00037-RLY-MPB |
| | ) | |
| STEVEN T. MORGAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

Courtroom Minutes for July 10, 2019

Before the Hon. Richard L. Young, Judge

Comes now the government by AUSA Kyle Sawa, the defendant appears in person and by CJA counsel Doug Walton, the USPO is represented by Lisa Hunt, for the sentencing and final revocation hearing of the defendant.

The parties advise the court of matters in dispute regarding the presentence report. The court hears argument and rules on those objections.

The United States orally moves to dismiss Counts 2, 4, 5, 6, 7 and 8.   Said motion is granted, without objection.

The court now sentences the defendant.

The defendant is remanded to the custody of the U.S. Marshal.

Copies: All counsel of record